PROB 12C
(6/16)

Report Date: January 21, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Edward McGinnis      Case Number: 0980 2:10CR00020-LRS-2

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 22, 2011

| | |
|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3) |
| Original Sentence: | Prison - 120 months  TSR - 36 months |

| | | | |
|---|---|---|---|
| | | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney Office | Date Supervision Commenced: | October 11, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 10, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

**Supporting Evidence**: Mr. McGinnis has violated standard condition number 2 by failing to report to his probation officer.

Specifically, on January 9, 2020, the undersigned attempted to contact Mr. McGinnis via telephone, in which text messages and phone calls have gone unreturned. On January 14, 2020, the undersigned reported to Mr. McGinnis' last known address and made contact with his mother, Lili McGinnis, in which she was uncertain of Mr. McGinnis' current whereabouts. Ms. McGinnis informed the undersigned that she would also attempt to contact Mr. McGinnis and have him be present at their residence on January 15, 2020, before 12 p.m. On January 15, 2020, the undersigned reported to Mr. McGinnis' residence before 12 p.m., in which nobody appeared to be home and/or answered the door. The undersigned's business card was left at the residence directing Mr. McGinnis to report to the U.S. Probation Office on January 17, 2020, and to contact the undersigned. On January 17, 2020, Mr. McGinnis failed to report to the U.S. Probation Office and/or contact the undersigned in any manner and his whereabouts are unknown.

Prob12C
**Re: McGinnis, John Edward**
**January 21, 2020**
Page 2

> Mr. McGinnis' conditions were reviewed with him on October 21, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above.

2 **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

> **Supporting Evidence**: Mr. McGinnis has violated special condition number 17 by failing to undergo a substance abuse evaluation.
>
> Specifically, on December 16, 2019, the undersigned and Mr. McGinnis last spoke about the importance of him obtaining a substance abuse assessment, as he had recently relapsed on illicit substances. Thereafter, Mr. McGinnis scheduled a substance abuse assessment with the Colville Tribe of Indians for December 23, 2019. The undersigned has confirmed with the Colville Tribe of Indians that Mr. McGinnis failed to show for his assessment on December 23, 2019, and their attempts to contact him thereafter have been unsuccessful.
>
> Mr. McGinnis' conditions were reviewed with him on October 21, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes special condition number 17, as noted above.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/21/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

01/21/2020
Date