PROB 12C
(6/16)

Report Date: May 8, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Edward McGinnis | Case Number: 0980 2:10CR00020-LRS-2 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 22, 2011

| | | |
|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: October 11, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: October 10, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/21/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: On May 5, 2020, Mr. McGinnis aborted inpatient treatment prior to successful completion which is a direct violation of special condition number 17. |
| | Mr. McGinnis' conditions of supervised release were reviewed with him on October 21, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes special condition number 17. |
| | On April 23, 2020, Mr. McGinnis obtained a substance abuse assessment which recommended inpatient treatment as the appropriate level of care. With the assistance of Mr. McGinnis' substance abuse counselor from the Colville Tribe of Indians, it was arranged for Mr. McGinnis to enter into treatment at Cascade Behavioral Health (CBH) where he would |

Prob12C
Re: McGinnis, John Edward
May 8, 2020
Page 2

receive services focusing on both mental health and substance abuse. Mr. McGinnis entered into CBH on May 2, 2020, and aborted CBH on May 5, 2020, against medical advice.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/08/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

05/11/2020
Date