PROB 12C
(6/16)

Report Date:  June 2, 2020

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### Eastern District of Washington

## Jun 02, 2020

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Edward McGinnis          Case Number: 0980 2:10CR00020-LRS-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 22, 2011

| | | |
|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: October 11, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: October 10, 2022 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/21/2020 and 05/11/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: On or about May 28, 2020, Mr. McGinnis violated the conditions of his supervised release by using marijuana.

Mr. McGinnis' conditions of supervised release were reviewed with him on October 21, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes mandatory condition number 3.

Specifically, on June 1, 2020, the undersigned spoke with Mr. McGinnis via telephone, in which he admitted to using marijuana on or about May 28, 2020.

Prob12C
**Re: McGinnis, John Edward**
**June 2, 2020**
**Page 2**

5          **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime

**Supporting Evidence**: On June 2, 2020, per Spokane Police Department (SPD) report 2020-20092751, Mr. McGinnis committed the offenses of unlawful possession of a firearm and attempting to elude a police vehicle, a direct violation of mandatory condition number 2.

Mr. McGinnis' conditions of supervised release were reviewed with him on October 21, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes mandatory condition number 2.

On June 2, 2020, per SPD report 2020-20092751, SPD officers received information that Grand Coulee Police Department had probable cause to arrest Mr. McGinnis for armed robbery and that he was in possession of a firearm. After observing a vehicle matching the description of the vehicle Mr. McGinnis was driving, SPD officers, in their marked SPD vehicle, activated their emergency lights in an attempt to pull over this vehicle. After the emergency lights were activated, the vehicle accelerated at a high-rate of speed and drove in a reckless manner until the vehicle drove off of the road and became inoperable. The sole occupant in this vehicle was identified as Mr. McGinnis. Observed by SPD officers in the driver's door pocket was a firearm described as a large gray revolver. Mr. McGinnis was arrested and is being charged with attempting to elude a police vehicle and unlawful possession of a firearm. SPD report 2020-20092751further indicates that prior to Mr. McGinnis being arrested, he kidnaped a female from her residence at gun point at approximately 10 p.m. on June 1, 2020.  Various agencies are investigating additional charges for Mr. McGinnis.

6          **Mandatory Condition #4**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Supporting Evidence**:  On June 2, 2020, per SPD report 2020-20092751, Mr. McGinnis was in possession of a firearm, which is a direct violation of mandatory condition number 4.

Mr. McGinnis' conditions of supervised release were reviewed with him on October 21, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes mandatory condition number 4.

According to SPD report 2020-20092751, a female reported Mr. McGinnis entered her residence, grabbed her by the hair, held a gun to her and forced her to leave her Grand Coulee, Washington, residence and into his vehicle. While driving, Mr. McGinnis made various threatening statements to the female to the effect of "he will shoot her and/or kill himself." Upon arriving in Spokane, Washington, to get gasoline for the vehicle, Mr. McGinnis informed the female to pay for the gasoline, and stated if she did not come back out of the store, he would shoot her. The female informed the gas station clerk to call 911 and she locked herself in the bathroom until SPD officers arrived. Mr. McGinnis was ultimately arrested after attempting to elude law enforcement.  The revolver located in Mr. McGinnis' vehicle was exactly as the female had described.

**Prob12C**
**Re: McGinnis, John Edward**
**June 2, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/02/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

June 2, 2020

Date