PROB 12C
(6/16)

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 17, 2021

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2021

SEAN F. McAVOY, CLERK

Name of Offender: John Edward McGinnis           Case Number: 0980 2:10CR00020-RMP-2

Address of Offender:                              , Nespelem, Washington 99155

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 22, 2011

| | | |
|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: October 11, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: October 10, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/21/2020, 05/11/2020 and 06/02/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

7    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: It is alleged that Mr. McGinnis violated the terms of his supervised release by committing the following federal offenses on or about June 2, 2020: assault with a dangerous weapon in Indian country, arson in Indian country, felon in possession of a firearm and ammunition, and discharging and using a firearm during and in relation to a crime of violence.

Mr. McGinnis' conditions of supervised release were reviewed with him on October 21, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes mandatory condition number 2.

On May 21, 2021, Mr. McGinnis appeared with his counsel before the Honorable Rosanna Malouf Peterson, U.S. District Judge, for the purpose of a change of plea hearing regarding case number 2:20CR00091-RMP-1.  It was at that time Mr. McGinnis entered guilty pleas to the following charges which occurred on or about June 2, 2020:  assault with a dangerous

Prob12C
Re: McGinnis, John Edward
June 17, 2021
Page 2

weapon in Indian country, arson in Indian country, felon in possession of a firearm and ammunition, and discharging and using a firearm during and in relation to a crime of violence. The Court accepted Mr. McGinnis' guilty plea to the aforementioned charges in which a sentencing date was scheduled for August 26, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/17/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/17/2021
Date